# United States Court of Appeals for the Federal Circuit

February 11, 2015

**ERRATA**

Appeal No. 2014-7048

**THOMAS W. KELLY**
v.
**ROBERT A. MCDONALD,**
**SECRETARY OF VETERANS AFFAIRS**

Decided: February 9, 2015
Nonprecedential Opinion

Please make the following changes:

Page 3, line 2 of the opinion, change 38 C.F.R. 416(a) to 38 C.F.R. 4.16(a)

Page 3, line 6 of the opinion, change 38 C.F.R. 416(a) to 38 C.F.R. 4.16(a)